O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MARTIN NIETO-BENITEZ,                   )
                                        )
                  Petitioner,           )  Case No. SACV 13-1212 JGB (AJW)
                                        )
            v.                          )
                                        )  ORDER ACCEPTING REPORT AND
PAROLE BOARD,                           )  RECOMMENDATION OF
                                        )  MAGISTRATE JUDGE
                  Respondent.           )
_____     )

     Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed
the entire record in this action, and the Report and Recommendation
of United States Magistrate Judge ("Report").  No objections to the
Report have been filed within the time allowed.  The Court accepts
the findings of fact, conclusions of law, and recommendations
contained in the Report.

     DATED: February 10, 2014

                              _____
                              Jesus G. Bernal
                              United States District Judge