JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARTIN NIETO-BENITEZ,** | ) | Case No. SACV 13-1212-JGB(AJW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| **PAROLE BOARD,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that petitioner's Ex Post Facto claim be dismissed without prejudice and petitioner's due process claim be denied.

Dated: <u>February 10, 2014</u>

_____
Jesus G. Bernal
United States District Judge